510 A.2d 351

James H. STEWART, Jr., Executor of the Estate of Margaret E. Walker, Deceased, Appellant,

v.

Mary C. LEWIS, Register of Wills of Cumberland County, and James Scheiner, Secretary of Revenue of the Commonwealth of Pennsylvania.

Supreme Court of Pennsylvania.

Argued May 15, 1986.

Decided June 27, 1986.

James H. Stewart, Jr., for appellant.

Vincent J. Dopko, Deputy Atty. Gen., for appellee James Scheiner.

James A. Johnson, Sol., for appellee Mary C. Lewis, Register of Wills.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.